## SMITH *v.* THE STATE.

SIMMONS, C. J. On the trial of one indicted for purchasing seed-cotton at night, when the evidence shows that the accused admitted that he was in the cotton business and that he had weighed cotton for tenants of the prosecutor, but not that he had admitted purchasing cotton at night, it was error to charge upon the subject of confessions of guilt. *Suddeth* v. *State*, 112 *Ga.* 407, and cases cited.

*Judgment reversed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 19, — Decided June 4, 1902.

Accusation of buying seed-cotton at night. Before Judge Robinson. City court of Wrightsville. March 25, 1902.

*J. L. Kent,* for plaintiff in error.
*B. B. Blount, solicitor,* contra.